JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR EDUARDO BASERGA, <br><br> Petitioner, <br><br> vs. <br><br> JAMES A. YATES, Warden, <br><br> Respondent. | Case No. CV 09-2953-JSL (DTB) <br><br> **JUDGMENT** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that petitioner's Motion for Evidentiary Hearing is denied, the Petition is denied and this action is dismissed with prejudice.

DATED: Dec. 17, 2009    *Spencer Letts*

J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE